Albert WOOD, Appellant, v. UNITED STATES of America.

No. 11504.

Circuit Court of Appeals, Eighth Circuit.

Sept. 14, 1939.

Albert Wood, in pro. per.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee, for failure of appellant to file brief.